THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND , et al.,<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ALASKA INDUSTRIAL, LLC, an Alaska limited liability company,<br>　　　　　　Defendant. | NO.　C 19-00610-RSL<br><br>JUDGMENT |

## Summary of Judgment

Judgment Creditor:　　　　　　Operating Engineers Trust Funds
Judgment Debtor:　　　　　　　Alaska Industrial, LLC

<u>Amounts Payable to Plaintiff Fund</u>
Liquidated Damages　　　　　　$1,704.87
Interest through May 14, 2019　　　$200.66

<u>Amounts Payable to All Plaintiffs</u>
Attorneys Fees:　　　　　　　　$414.00
Costs:　　　　　　　　　　　　$478.75

Other Recovery Amounts:　　　　NONE
Interest Rate on Costs:　　　　　NONE
Attorneys for Judgment
　Creditor:　　　　　　　　　　Reid, McCarthy, Ballew & Leahy, L.L.P.

THIS MATTER coming on for consideration upon Plaintiffs' motion for judgment against the Defendant, Plaintiffs being represented by their attorney,

Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto and the Declaration of Adam Keck and the exhibits thereto in support of Plaintiffs' motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs be and hereby are awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 302 with which the Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the employment period February 2019 and March 2019: for liquidated damages of $1,704.87, for pre-judgment interest of $200.66, for attorneys' fees of $414.00, and for costs of $478.75; all for a total of $2,798.28.

Dated this 11th day of July, 2019.

*[signature]*
UNITED STATES DISTRICT JUDGE

Presented for Entry by:

/s/Russell J. Reid
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorneys for Plaintiffs